### WILLIAMS *v.* PHILLIPS *et al.*

ATKINSON, J. The bill of exceptions in this case was certified on the 5th day of August, 1918, and was not filed in the office of the clerk of the superior court until August 21, 1918, the filing being more than fifteen days subsequent to the day of the certificate. Consequently the motion to dismiss the bill of exceptions must be sustained. *Fuller* v. *Phœnix Construction Co.,* 145 *Ga.* 656 (89 S. E. 718).

*Writ of error dismissed. All the Justices concur.*

No. 1120. APRIL 17, 1919.

Writ of error; from Jefferson. Motion to dismiss.

*F. H. Saffold,* for plaintiff.

*W. L. Phillips* and *James K. Hines,* for defendants.